(125 So. 799)

## MONROE ARRINGTON v. STATE. (1 Div. 587.)

Supreme Court of Alabama. Jan. 23, 1930.

C. L. Hybart, of Monroeville, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

THOMAS, J. Petition of Monroe Arrington for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Arrington v. State (1 Div. 855) 125 So. 799.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.